IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO.  14- |
| --- | --- | --- |
| v. | : | DATE FILED:  July 2, 2014 |
| JORRY SENESTANT | : | VIOLATION:<br>18 U.S.C. § 1030(a)(2)(C) |
| | : | (unauthorized access to a computer to obtain information in |
| | : | furtherance of a crime) - 1 count) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 23, 2013, in the Eastern District of Pennsylvania, defendant

### JORRY SENESTANT

intentionally accessed a protected computer without authorization and exceeded authorized access and thereby obtained information , and did so in furtherance of a criminal act in violation of Title 18, United States Code, Section 1343, wire fraud, that is, intentionally accessed without authorization an employee's account on a computer maintained by the employer, University A, and obtained that employee's bank account number, and bank routing number, and used that information to fraudulently cause a transfer of $13,000 from the employee's bank account to his own student tuition account at University A, all without the employee's knowledge or permission.

1

In violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)(B)(ii).

_____
ZANE DAVID MEMEGER
United States Attorney