Room No.
Tel. No.267-299-7419

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Date of |
|---|---|---|
| | : | Notice: July 3, 2014 |
| vs. | : | |
| | : | |
| JORRY SENESTANT | : | Criminal No. 14-344-1 |
| 815 MARLYN ROAD | | |
| PHILADELPHIA, PA 19151 | | |

**TAKE NOTICE** that the above-entitled case has been set for **CHANGE OF PLEA** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **JULY 15, 2014** at **11:30a.m.** before the Honorable  J. Curtis Joyner  in Courtroom (17A- 17th floor).

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

Sharon Carter
Deputy Clerk to Judge Joyner

___ **INTERPRETER**

```
        Notice to:  Defendant
                    J.J. Sobel, Esq.,
                    A.S. Glenn, AUSA
                    U.S. Marshal
                    Probation Office
                    Pretrial Services
                    Larry Bowman
```