IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | :CRIMINAL ACTION |
|---|---|
| | : |
| v. | :14-CR-0344(JCJ) |
| | : |
| JORRY SENESTANT | : |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance as counsel of record for the above captioned Defendant, Jorry Senestant.

    Respectfully submitted,


    s/JONATHAN J. SOBEL, ESQUIRE
    I.D. #: 76428
    1420 Walnut Street, Suite 1400
    Philadelphia, PA 19102
    (215) 735-7535
    (215) 735-7539
    Mate89@aol.com

    Attorney for Defendant

Date: July 3, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :CRIMINAL ACTION |
| | : |
| v. | :14-CR-0344(JCJ) |
| | : |
| JORRY SENESTANT | : |

**CERTIFICATE OF SERVICE**

I, JONATHAN J. SOBEL, ESQUIRE, attorney for Defendant, Jorry Senestant hereby certifies as follows:

1. I am an attorney at law in the Commonwealth of Pennsylvania and attorney for Defendant, in the above captioned matter.

2. On the date indicated below, I caused an original of the Entry of Appearance, along with this Certification of Filing and of Service to be electronically filed with the Clerk, United States District Court for the Eastern District of Pennsylvania.

3. Also, on the date indicated below, I caused a courtesy copy of the aforementioned documents to be served on:

    Albert Glenn, Assistant U.S. Attorney
    UNITED STATES ATTORNEY'S OFFICE
    615 Chestnut Street, Suite 1250
    Philadelphia, PA  19106-4476

via electronic filing, only.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the statement made by me are willfully false, I am subject to punishment.

> s/JONATHAN J. SOBEL, ESQUIRE
> I.D. #: 76428
> 1420 Walnut Street, Suite 1400
> Philadelphia, PA 19102
> (215) 735-7535
> (215) 735-7539
> Mate89@aol.com
>
> Attorney for Defendant

Date: January 10, 2010